# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **NORMA VERONICA ASES-PACHA,**<br><br>***Petitioner*****,**<br><br>**v.**<br><br>**PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; TODD M. LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; JOEL GARCIA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEENT; and WARDEN OF THE ERO EL PASO EAST MONTANA,**<br><br>***Respondents*****.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-CV-00059-LS** |

## ORDER FOR SERVICE

Petitioner Norma Veronica Ases-Pacha challenges her custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] Her petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

---

[1] ECF No. 1.

[2] *See* 28 U.S.C. § 2243.

Respondents shall show cause by **February 9, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 20, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**