UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **NORMA VERONICA ASES-PACHA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL, KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, TODD M. LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, JOEL GARCIA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, and WARDEN OF THE ERO EL PASO EAST MONTANA,**<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § §<br><br>No. 3:26-CV-00059-LS |

### ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 3, 2026.

*/s/ Leon Schydlower*

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 6.