**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NORMA VERONICA ASES-PACHA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL, KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, TODD M. LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, JOEL GARCIA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, and WARDEN OF THE ERO EL PASO EAST MONTANA,**<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-00059-LS** |

**FINAL JUDGMENT**

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this final judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 3, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**